**Dismissed and Opinion Filed November 10, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00787-CV

## IN THE INTEREST OF B.E.B. AND J.W.B., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-13084**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Partida-Kipness

On September 28, 2023, we sent a letter to the parties questioning our jurisdiction and directing appellant to file a motion to extend time to file the notice of appeal by October 9, 2023. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed the requested extension motion or otherwise corresponded with the Court regarding the status of this appeal. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230787F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.E.B. AND J.W.B., CHILDREN

No. 05-23-00787-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-22-13084. Opinion delivered by Justice Partida-Kipness. Justices Reichek and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 10, 2023